UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JESSE SMITH | § |
| | § |
| v. | § CIVIL NO. 4:20-CV-67-SDJ |
| | § |
| LAMAR COUNTY | § |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On October 20, 2020, the Report of the Magistrate Judge, (Dkt. #32), was entered containing proposed findings of fact and recommendations that Defendant Lamar County's Motion for Judgment on the Pleadings, or in the Alternative, Motion for Summary Judgment, (Dkt. #22), be granted in part and denied in part. Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Defendant Lamar County's Motion for Judgment on the Pleadings, or in the Alternative, Motion for Summary Judgment, (Dkt. #22), is **GRANTED IN PART** and **DENIED IN PART**. Defendant Lamar County's Motion for Summary Judgment, (Dkt. #22), is **GRANTED**, and Defendant Lamar County's Motion for Judgment on the Pleadings, (Dkt. #22), is **DENIED AS MOOT**. All of Plaintiff Jesse Smith's claims are **DISMISSED WITH PREJUDICE**.

- 2 -

The Court will enter a final judgment by separate order.

**So ORDERED and SIGNED this 4th day of December, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE